[No. 25733.   Department One.   December 12, 1935.]

NORTHERN PACIFIC RAILWAY COMPANY, *Respondent*, v. THE STATE OF WASHINGTON, *Appellant*.[1]

*The Attorney General* and *Geo. G. Hannan, Assistant*, for appellant.

*L. B. daPonte* and *Robert S. Macfarlane*, for respondent.

PER CURIAM.—This case is companion to, and presents the same questions as were presented in, *Great Northern R. Co. v. State*, *ante* p. 648, 52 P. (2d) 1274. Upon the authority of that case, the judgment in this case is reversed, with direction to the trial court to dismiss the action.

[No. 25734.   Department One.   December 12, 1935.]

CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD COMPANY, *Respondent*, v. THE STATE OF WASHINGTON, *Appellant*.[1]

*The Attorney General* and *Geo. G. Hannan, Assistant*, for appellant.

*A. N. Whitlock* and *O. G. Edwards*, for respondent.

PER CURIAM.—This case is companion to, and presents the same questions as were presented in, *Great Northern R. Co. v. State*, *ante* p. 648, 52 P. (2d) 1274. Upon the authority of that case, the judgment in this case is reversed, with direction to the trial court to dismiss the action.

[1]Reported in 52 P. (2d) 1279.